**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00988-CR
No. 05-12-00989-CR

**VICTOR MANUEL CRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-25901-W, F11-25902-W**

## ORDER

In these cases, appellant raises issues related to the costs assessed against him. The records, however, do not contain costs bills or other documents with itemized lists of costs assessed in the cases.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in the cases, including, but not limited to, specific court costs, fees, and court-appointed attorney fees. The supplemental clerk's records shall also include documents explaining any and all abbreviations used to designate a particular fee, cost, or court-appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE